

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos. 02-19-00366-CR
02-19-00367-CR

DAVID LARSON, JR., Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 211th District Court
Denton County, Texas
Trial Court No. F17-2556-211, F19-1660-211

---

## ABATEMENT ORDER

On October 28, 2019 and November 14, 2019, this court received notices from the official court reporter stating that payment arrangements had not been made for the reporter's record. This court sent a letter to the appellant's retained attorney, Casey Boyd, to inform him that unless appellant made payment arrangements to the court reporter and provided this court with proof of payment by Wednesday, November 13, 2019, this court could consider and decide only those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. 35.3(b)(3),

37.3(c).  Appellant's counsel has not responded to our letter.

We abate the appeal and remand this case to the trial court.  The trial court shall, as soon as possible, conduct a hearing with appellant, appellant's retained counsel, and the State's counsel present to:

1.  Determine whether appellant desires to prosecute his appeal, ascertain whether appellant is appealing issues or points that require a reporter's record, and, if so, determine when appellant will be able to arrange to pay for the record;

2.  Determine whether appellant is indigent.  If appellant is determined to be indigent, ascertain whether new counsel should be appointed to represent appellant and appoint counsel, if necessary;[1] and

3.  Take any other measures that the trial court deems necessary to insure appellant does not forfeit his right to appeal.

The trial court shall file a record of the hearing in this court on or before **Thursday, December 19, 2019.**  The record shall include a supplemental reporter's record and supplemental clerk's record.  Upon our receipt of the supplemental record, the appeal of this cause shall be automatically reinstated without further order.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

Dated November 19, 2019.

Per Curiam

---

[1]If new counsel is appointed to represent appellant, the supplemental record shall reflect that counsel has been notified of the appointment. If appellant is incarcerated, the trial court shall also retain him in the county for a reasonable period of time to allow new counsel an opportunity to confer with appellant.